**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6643

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ENRIQUE ANTONIO GARCIA, a/k/a T,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:18-cr-00479-BO-1)

Submitted:  October 30, 2025                    Decided:  November 4, 2025

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Enrique Antonio Garcia, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Enrique Antonio Garcia appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction pursuant to Part B, Subpart 1, of Amendment 821 to the Sentencing Guidelines.  The district court found that Garcia was ineligible for the reduction because he possessed firearms in connection with his offense of conviction. *See* U.S. Sentencing Guidelines Manual § 4C1.1(a)(7) (2023).

We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *United States v. Garcia*, No. 5:18-cr-00479-BO-1 (E.D.N.C. filed July 10, 2025; entered July 11, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*